John D. Moore, Esq.
Nevada State Bar No. 8581
MOORE LAW GROUP, PC
3715 Lakeside Drive, Suite A
Reno, NV  89509
(775) 336-1600
john@moore-lawgroup.com
Attorney for Dryco Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DRYCO INC.,<br><br>                Plaintiff,<br><br>v.<br><br>LOCAL UNION 169, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,<br><br>                Defendant. | Case No. 3:15-cv-00398-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant shall have an additional two weeks, up to and including Thursday, January 7, 2016, to file its opposition to Plaintiff's Motion for Summary Judgment.  Defendant's Opposition is currently due on December 24, 2015.

///

///

///

1

1  This is the parties' first request for additional time regarding this motion.
2
3  DATED: December 21, 2015.        MOORE LAW GROUP, PC
4                                   /s/ John D. Moore
                                    John D. Moore, Esq.
5                                   Attorney for Plaintiff
6
7  DATED: December 21, 2015.
                                    /s/ Michael E. Langton
8                                   Michael E. Langton, Esq.
9                                   Attorney for Defendant
10
11                                  IT IS SO ORDERED.
12
13                                  _____
                                    UNITED STATES DISTRICT JUDGE
14
                                    DATED: December 22, 2015
15